PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:    510/832-5001
Facsimile:     510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
KAILEY KIRKWOOD

CHRISTOPHER E. PANETTA (Bar No. 175127)
GLADYS RODRIGUEZ-MORALES (Bar No. 276114)
FENTON & KELLER
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California 93942
Telephone: (831) 373-1241
Facsimile: (831) 373-7219
CPanetta@FentonKeller.com
GMorales@FentonKeller.com

Attorneys for Defendant
JARIC PERSONS DBA DUFFY'S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAILEY KIRKWOOD<br><br>  Plaintiff,<br><br>v.<br><br>JARIC PERSONS DBA DUFFY'S TAVERN & FAMILY RESTAURANT,<br><br>  Defendant. | CASE NO. 5:22-cv-00343-NC<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 18, 2022 |

### STIPULATION

Plaintiff KAILEY KIRKWOOD ("Plaintiff") and Defendant JARIC PERSONS DBA DUFFY'S, ("Defendant") hereby stipulate and request, pursuant to FRCP Rule 41(a), that the Court order that all of Plaintiff's claims in this action against Defendant be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated:  June 13, 2022                              REIN & CLEFTON


                                                    /s/ Aaron M. Clefton
                                                   By:  AARON M. CLEFTON, Esq.
                                                   Attorneys for Plaintiff
                                                   KAILEY KIRKWOOD


Date: June 13, 2022                                FENTON & KELLER, PC I


                                                    /s/ Gladys Rodriguez-Morales
                                                   By:  CHRISTOPHER E. PANETTA, ESQ.
                                                   GLADYS RODRIGUEZ-MORALES, ESQ.
                                                   Attorneys for Defendant
                                                   JARIC PERSONS DBA DUFFY'S


**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on June 13, 2022, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of defense counsel Gladys Rodriguez-Morales in the filing of this document.

                                                    /s/ Aaron Clefton
                                                   Aaron Clefton

1
**ORDER**

2
Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3

4
Dated: June 16, 2022

_____
Honorable Nathanael M. Cousins
U.S. Magistrate Judge

GRANTED
Judge Nathanael M. Cousins